CROSNER LEGAL, P.C.
Michael T. Houchin (SBN 305541)
mhouchin@crosnerlegal.com
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAIGE ELLIOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEADIQ, INC.,<br><br>Defendant. | Case No. 3:26-cv-07448-WHO<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO SET A BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** |

Before the Court is the Parties' Joint Stipulation to Continue Case Management Conference and Set a Briefing Schedule on Defendant's Motion to Dismiss. For good cause shown, the Court GRANTS the stipulation **as modified**.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. The initial Case Management Conference currently set for October 13, 2026, at 2:00 P.M., is continued to **December 15, 2026**, at 2:00 P.M. via Zoom Webinar. The parties shall file a Joint Case Management Statement no later than seven (7) calendar days prior to the continued conference.

2. The briefing and hearing schedule on Defendant's Motion to Dismiss (ECF No. 22) is reset as follows:

- Plaintiff's Opposition Due: December 4, 2026;
- Defendant's Reply Due: **January 7, 2027**;
- Motion to Dismiss Hearing Date: **January 20, 2027**, at 2:00 P.M.

3. Within seven (7) days of the completion of the November 10, 2026 mediation, the Parties shall file a Joint Status Report notifying the Court of the outcome of the mediation.

**IT IS SO ORDERED.**

Dated: October 1, 2026

HON. WILLIAM H. ORRICK
United States District Judge